**Order entered February 3, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01159-CV

## IN RE EMEKA ALUDOGBU AND RESTORATIVE HEALTHCARE, LLC, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-00112**

## ORDER
Before Justices Whitehill, Partida-Kipness, and Pedersen, III

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** the petition for writ of mandamus as to the portion of the trial court's June 21, 2019 sanctions order striking relators' pleadings and **DENY** the petition for writ of mandamus as to the portion of the trial court's June 21, 2019 sanctions order awarding attorney's fees to real party in interest Renew Hydration, LLC.

We **ORDER** the trial court to issue a written ruling vacating the portion of the June 21, 2019 sanctions order striking relators' pleadings within thirty (30) days of the date of this order. We further **ORDER** the trial court to file with this Court, within the time for compliance with the Court's opinion and order of this date, a certified copy of its written ruling evidencing such compliance. Should the trial court fail to comply with this order, the writ will issue. We **LIFT**

this Court's September 24, 2019 stay of trial court proceedings.


/s/     ROBBIE PARTIDA-KIPNESS
          JUSTICE